IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-365-F

ARKALGUD N. LAKSHMINARASIMHA, )
)
)
)
Plaintiff, )
)
v. ) **ORDER**
)
)
)
USA, )
)
Defendant. )

This matter is before the court on the Motion for Court Order [DE-3] filed by *pro se* Plaintiff Arkalgud Lakshminarasimha ("Plaintiff").

In the motion and the attachments thereto, Plaintiff seeks a court order: (1) allowing him to send documents to this court and to defendants via email; (2) directing the Clerk of Court to send certain documents to him via email, and (3) directing the Clerk of Court to send correspondence to him at both his address in Cary, North Carolina and an address in India.

Plaintiff's first request is denied. Local Civil Rule 5.1 governs the filing and service of papers within this district. As set forth in that rule, only an attorney who is registered in the Case Management/Electronic Case Filing ("CM/ECF") system may file documents electronically using that system. Documents filed by a party who is *not* represented by an attorney permitted to practice in Eastern District of North Carolina and registered in CM/ECF *must* be filed in paper form. *See* Local Civil Rule 5.1(f). In short, *all pro se* litigants, including Plaintiff, must either file their documents in person or mail documents to the Clerk's office. In other words, the Local Rules of this

court do not allow for Plaintiff to file documents or send documents to this court via email. Similarly, service on parties to an action is governed by Federal Rules of Civil Procedure 4 and 5.1. Plaintiff is directed to consult those rules with regard to service on Defendants.

Plaintiff's second request is denied. It is the practice of this court to send all letters, orders and other documents via mail to *pro se* litigants.

Finally, Plaintiff's third request is denied. Litigants in the Eastern District of North Carolina are required to maintain *an* address on file with the court. *See* Local Civil Rule 57.3. The court does *not* maintain multiple addresses for litigants, and indeed the CM/ECF system only allows the Clerk of Court to list one address for each litigant. The address Plaintiff has provided the court is that of his residence, in Cary, North Carolina. Pursuant to Local Civil Rule 57.3, if Plaintiff has a change of address, he must file a notice of such a change with the court. *See id.* ("All attorneys and *pro se* parties must notify the court in writing within fourteen (14) days of any change of address). Accordingly, the court will send correspondence and copies of documents to Plaintiff at his Cary, North Carolina, address, until Plaintiff files a notice of change of address with this court.

In sum, Plaintiff is subject to the same rules as all *pro se* parties that appear before this court. His Motion for Court Order [DE-3] is DENIED.

SO ORDERED.

This, the _13_ day of July, 2011.

_James C. Fox_
James C. Fox
Senior United States District Judge