IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-365-F

ARKALGUD LAKSHMINARASIMHA,    )
)
)
)
Plaintiff,    )
)
v.    )    **ORDER**
)
)
)
USA,    )
)
Defendant.    )

The Clerk of Court is DIRECTED to re-assign this case to another district judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 17th day of August, 2011.

James C. Fox
Senior United States District Judge