IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-365-BO

| | |
|---|---|
| ARKALGUD N. LAKSHMINARASIMHA, <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )     O R D E R <br> ) <br> ) <br> ) |

This matter comes before the Court on its own initiative where the *pro se* plaintiff in this closed case continues to file materials with the Court. By Order entered December 23, 2011 [DE 121], the Court granted Defendant's motion to dismiss Plaintiff's claims in their entirety. The Court's judgment was entered on the same day, and the case was closed. Plaintiff's appeal period has expired.

Plaintiff has continued to make filings in this case, which is now closed. Plaintiff's filings lodged at docket entries 155, 156, 158, and 160 reflect various requests to set aside the judgment and "vacate the case," among other things. To the extent that any of Plaintiff's filings raise any issues for decision, Plaintiff is hereby reminded that he may not breathe new life into this closed action. Numerous requests for reconsideration have already been denied [DE 136, 149]. If Plaintiff seeks to bring new matters before the Court, he must do so by filing a new complaint.

As the case file is closed, the Clerk of Court is DIRECTED to dispense with the taking into the record of this case any new materials. If Plaintiff should file additional materials in this case, the Clerk is DIRECTED to retain the materials for Plaintiff for a period of two weeks upon

receipt. The currently-pending motions [DE 155, 156, 158, 160] are DENIED AS MOOT.

SO ORDERED, this the 5 day of April, 2012.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE