IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-365-BO

| | |
|---|---|
| ARKALGUD N. LAKSHMINARASIMHA,  )<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>Defendant.  ) | O R D E R |

This matter comes before the Court on its own initiative where the *pro se* plaintiff in this closed case continues to file materials with the Court. By Order entered December 23, 2011 [DE 121], the Court granted defendant's motion to dismiss plaintiff's claims in their entirety. The Court's judgment was entered on the same day, and the case was closed. Plaintiff's motion to set aside judgment was denied and plaintiff's appeal period has expired.

On April 6, 2012, the Court entered an order directing the clerk of court to dispense with taking any new materials into the record of this case [DE 162]. Plaintiff has continued to make filings in this case, which is now closed. Plaintiff's filings lodged at docket entries 163, 164, 165, 166, 167, 168, 169, and 171 are hereby STRICKEN from the record. To the extent that any of plaintiff's filings raise any issues for decision, plaintiff is reminded that he may not breathe new life into this closed action; if plaintiff seeks to bring new matters before the Court, he must do so by filing a new complaint.

As the case file is closed, the clerk of court is DIRECTED not to accept any new filings in this case.

SO ORDERED, this the 20 day of May, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE